JUNE 7, 2004

No. 03–9708. GOFF *v.* OHIO. Ct. App. Ohio, Summit County. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Crawford* v. *Washing-*